FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 16 2015

CHRISTOPHER A. PRINE
CLERK _____

CAUSE No. 01-13-01004-CR

| | | |
|---|---|---|
| BRIAN VICTORIAN<br>Petitioner, | § | IN THE DISTRICT COURT<br>182nd APPEAL |
| V | § | OF |
| THE STATE OF TEXAS<br>Appellee. | §<br>§ | HARRIS COUNTY, TEXAS<br>(Tr.Ct. No.1363644). |

## MOTION FOR EXTENSION OF TIME

This motion for extension of time is brought by petitioner, requesting an extension of time. Petitioner recieved via certified mail the direct review findings on July 14, 2015.

Additional time to respond is needed and would be greatly appriciated. This request is not designed to harass or cause unecessary delay in these proceedings. Petitioner needs additional time in order to appropriately compile an effective petition for review motion.

## PRAYER

I do certify that the foregoing is true and correct, petitioner prays that motion for an extension of time be granted. A true and correct copy of this said motion will be placed in the United States Mail on or about: July 15th 2015.

Brian Victorian#1898737
Mark W. Stiles Unit
3060 Route 3514
Beaumont, Texas
77705

Brian Victorian #1898737
Stiles unit
3060 Fm 3514
Beaumont, Tx 77705

LEGAL
MAIL

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 16 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

Mr. Christopher Prine Clerk
1st Court of Criminal appeals
301 Fannin, Houston Tx
77002

NORTH HOUSTON TX 773
15 JUL 2015 PM 7 L

77002206699